güez. Infracción Ley de Rentas Internas. Noviembre 24, 1930.

No. 4283.—Pueblo, apldo., *v.* Alfaro, aplte.—C. D. Aguadilla. Portar armas. Noviembre 24, 1930.

No. 4280.—Pueblo, apldo., *v.* Rivera et al., apltes.—C. D. Humacao. Juegos prohibidos. Noviembre 24, 1930.

No. 4277.—Pueblo, apldo., *v.* Díaz, aplte.—C. D. Aguadilla. Adulteración de leche. Noviembre 24, 1930.

No. 4262.—Pueblo, apldo., *v.* Seguinó, aplte.—C. D. Aguadilla. Mutilación. Noviembre 24, 1930.

No. 4282.—Pueblo, apldo., *v.* Alfaro, aplte.—C. D. Aguadilla. Atentado a la vida. Noviembre 24, 1930.

No. 4254.—Pueblo, apldo., *v.* López, aplte.—C. D. Ponce. Daños maliciosos. Noviembre 26, 1930.

No. 4293.—Pueblo, apldo., *v.* Cáceres, aplte.—C. D. Mayagüez. Infracción Ley de Rentas Internas. Diciembre 1, 1930.

No. 4298.—Pueblo, apldo., *v.* Rivera, aplte.—C. D. Guayama. Abuso de confianza. Diciembre 1, 1930.

No. 4317.—Pueblo, apldo., *v.* García et als., apltes.—C. D. Bayamón. Alterar la paz. Diciembre 15, 1930.

No. 4316.—Pueblo, apldo., *v.* Manzano, aplte.—C. D. San Juan. Infracción al artículo 440 del Código Penal. Diciembre 15, 1930.

No. 4314.—Pueblo, apldo., *v.* Guttérrez, aplte.—C. D. Ponce. Violación. Diciembre 15, 1930.

No. 4309.—Pueblo, apldo., *v.* Rosario, aplte.—C. D. Arecibo. Portar armas. Diciembre 15, 1930.

No. 4310.—Pueblo, apldo., *v.* González Mena, aplte.—C. D. Arecibo. Infracción artículo 1 Ley No. 24 de 1928. Diciembre 15, 1930.

No. 4308.—Pueblo, apldo., *v.* González, aplte.—C. D. Arecibo. Delito contra la justicia pública (art. 137 C. P.). Diciembre 15, 1930.

No. 4307.—Pueblo, apldo., *v.* González, aplte.—C. D.